**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Abel DIAZ, Defendant–Appellant.**

**No. 12–12685 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 18, 2012.

Wifredo A. Ferrer, Cristina V. Maxwell, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, Beth Sreenan, U.S. Attorney's Office, Fort Pierce, FL, for Plaintiff–Appellee.

Christine Carr O'Connor, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Abel Diaz, Inez, KY, pro se.

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Christine O'Connor, appointed counsel for Abel Diaz in this appeal from a denial of a motion to reduce a sentence pursuant to 18 U.S.C. § 3582, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of Diaz's motion to reduce sentence is **AFFIRMED.**